1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL D. MITCHELL, | | No. CIV S-03-0757-CMK |
| | Plaintiff, | |
| | vs. | <u>ORDER</u> |
| JO ANNE B. BARNHART, Commissioner of Social Security, | | |
| | Defendant. | |
| _____/ | | |

   Plaintiff, who is proceeding with retained counsel and in forma pauperis, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Pursuant to the consent of the parties, this case is before the undersigned for final decision on plaintiff's motion for judgment on the pleadings (Doc. 9), defendant's cross-motion for summary judgment (Doc. 13), and defendant's motion to remand (Doc. 18).

   On September 22, 2005, the parties filed a stipulation that this case be remanded for further proceedings. Good cause appearing therefor, this case will be remanded.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g);
2. All pending motions are denied as moot; and
3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: September 26, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE